**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FRANKLIN KNOX, <br> Petitioner, <br> vs. <br> JOHN SOTO, Warden, <br> Respondent. | Case No. CV 15-01631- GHK (KES) <br><br> **JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED:　　7/7/16

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE